UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN KROSKEY, on behalf of himself and all similarly situated persons,<br><br>                    Plaintiff,<br>v.<br><br>LIFEMD, INC., a Delaware Corporation,<br><br>                    Defendant. | Case No. 5:25-cv-10103-NW<br><br>[PROPOSED] **ORDER GRANTING THE PARTIES' STIPULATION FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT**<br> **AS MODIFIED** |

1

The Court having considered the Parties' Stipulation for Plaintiff to File First Amended Complaint and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1.     Plaintiff within ~~fifteen (15)~~ seven (7) days of this Order will file the First Amended Complaint, a copy of which is attached to the Stipulation as "Exhibit A."

2.     Defendant shall answer, move or otherwise respond to Plaintiff's First Amended Complaint within thirty (30) days of the date of service of the First Amended Complaint.

3.     The CMC set for April 28, 2026 is RESET to August 11, 2026.  The parties shall file a joint case management statement by July 24, 2026.

**IT IS SO ORDERED.**

Dated: March 18, 2026

_____
Honorable Noël Wise
United States District Court Judge

2