Russell L. Taylor (SBN 345844)
rtaylor@shb.com
**SHOOK, HARDY & BACON L.L.P.**
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: 415.544.1900 | Fax: 415.391.0281

Daniel E. Rohner (*pro hac vice forthcoming*)
drohner@shb.com
**SHOOK, HARDY & BACON L.L.P.**
1660 17th Street, Suite 450
Denver, CO 80202
Tel: 303.285.5300 | Fax: 303.285.5301

Attorneys for Defendant,
LIFEMD, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN KROSKEY, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>LIFEMD, INC.,<br><br>                    Defendant. | Case No. 5:25-cv-10103-NW<br><br>~~[PROPOSED]~~ **ORDER RE: JOINT STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO COMPLAINT** |

Pursuant to the Joint Stipulation submitted by Plaintiff Jonathan Kroskey ("Kroskey") and Defendant LifeMD, Inc. ("LifeMD") for an extension of LifeMD's response date, it is hereby ORDERED that:

1.      LifeMD's deadline to respond to the Complaint is extended 14 days, up through and including May 8, 2026.

2.      Kroskey's opposition to any Rule 12 Motion will be June 12, 2026.

3.      LifeMD's reply in support of its Rule 12 motion will be July 3, 2026.

4.      The hearing on LifeMD's motion is set for __July 22, 2026__.

5.      The parties shall promptly notify the Court of any settlement of this matter.

1

**IT IS SO ORDERED.**

Dated: _____April 24, 2026_____



GRANTED

Judge Noël Wise

2