UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JONATHAN KROSKEY,

Plaintiff,

v.

LIFEMD, INC.,

Defendant.

Case No. 25-cv-10103-NW

**ORDER VACATING ALL DATES AND DIRECTING PARTIES TO FILE DISMISSAL OR STATUS REPORT**

Re: ECF No. 22

On May 8, 2026, the parties notified the Court that they had "reached a settlement in principle resolving all claims in this action, subject to final documentation and performance of the agreed upon terms." ECF No. 22. The parties anticipate that the settlement conditions will be completed within 60 days and ask the Court to vacate all current deadlines. *Id.* Accordingly, all dates, including the current deadline for filing a joint case management stated, are VACATED.

Parties shall file their stipulation of dismissal by Wednesday, July 15, 2026. The Court sets a compliance hearing regarding dismissal for Wednesday, July 29, 2026, at 10:00 a.m. in Courtroom 3, 5th Floor, Federal Courthouse, 280 South First Street, San Jose, California. If the case is not dismissed by the hearing date, the compliance hearing will be converted into an order to show cause why the case should not be dismissed. All parties shall file an objection to the order to show cause in writing by Friday, July 17, 2026. Counsel must appear at the hearing in person; no remote appearances will be permitted.

**IT IS SO ORDERED.**

Dated: May 11 2026

_____
Noël Wise
United States District Judge